DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CANNON CONSTRUCTION OF SARASOTA, INC.,

Appellant,

v.

ST. BONIFACE CHURCH, INC., and
EPISCOPAL DIOCESE OF SOUTHWEST FLORIDA, INC.,

Appellees.

No. 2D2025-1336

———————————————

May 13, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Sarasota County; Hunter W. Carroll, Judge.

Anthony J. Manganiello; and Tyler J. Brown (substituted as counsel of
record), of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Sarasota,
for Appellant.

John Patterson of Shutts & Bowen, LLP, Sarasota; Eric S. Adams and
Alyssa L. Cory of Shutts & Bowen, LLP, Tampa, for Appellee, St. Boniface
Church, Inc.

Theodore L. Tripp, Jr., of Hahn, Loeser & Parks, LLC, Fort Myers, for
Appellee, Diocese of Southwest Florida, Inc.

PER CURIAM.

     Affirmed.


KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.